## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patty Stokes,                                        **Civil File No. 06-cv-3265 PAM/JSM**

        Plaintiff,

vs.                                                                       **ORDER**

Valentine & Kebartas, Inc..

        Defendants.

---

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint

on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT**

**SHALL BE ENTERED ACCORDINGLY.**

                **BY THE COURT**


Dated: October   13  , 2006        s/Paul A. Magnuson
                               The Honorable Paul A. Magnuson
                               Judge of United States District Court